JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  B-00-158

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Deborah Rusheed

## DEFENDANTS
Casino Padre Investment Company, LLC and Cruise Vessel CASINO PADRE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cameron
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jack G. Carinhas, Jr.
Attorney and Counselor at Law
302 Kings Highway, Suite 109
Brownsville, Texas 78521
956/542-9161

ATTORNEYS (IF KNOWN)

United States District Court
Southern District of Texas
FILED
OCT 1 0 2000
Michael N. Milby
Clerk of Court

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Seaman personal injury under the Jones Act, 46 USCS Section 688, and the general maritime law.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** $250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
None.
JUDGE _____ DOCKET NUMBER _____

DATE: 9-Oct 2000

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH RUSHEED § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-158 |
| § | JURY REQUESTED |
| CASINO PADRE INVESTMENT § | |
| COMPANY, LLC and Cruise § | |
| Vessel *Casino Padre* § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Deborah Rusheed,** Plaintiff herein, for her complaint against **Casino Padre Investment Company, LLC** and the Cruise Vessel *Casino Padre*, Defendants, respectfully alleges as follows:

### I.

This action is maintained under the Jones Act, 46 USCS §688, and the general maritime law of the United States of America.

### II.

Plaintiff is a citizen of the United States residing in Cameron County, Texas, and as a seaman employed on a United States documented vessel, she brings this action pursuant to the terms of Section 1916, Title 28, United States Code, without prepayment of fees or costs or the necessity of depositing security therefor.

Defendant **Casino Padre Investment Company, LLC** may be served with process at Fiesta Plaza, 400 Padre Blvd., South Padre Island, Texas 78597.

PLAINTIFF'S ORIGINAL COMPLAINT                                    Page - 1

## III.

On or about January 13, 2000, Plaintiff was employed by Defendant as a member of the crew of the Cruise Vessel *Casino Padre*, which was being fueled at a fuel dock in Port Isabel, Texas. After fueling was completed, Plaintiff and another inexperienced employee were directed to pull in the cruise vessel's heavy mooring lines and while doing so, Plaintiff felt a sharp pain and tightness in her back and thighs, causing personal injury to her back.

## IV.

The aforesaid occurrence and consequent injury and disability to Plaintiff was proximately caused, in whole or in part, as a result of negligence on the part of Defendant **Casino Padre Investment Company LLC,** its agents, servants and employees, acting in the course and scope of their employment, in the following respects:

1) In failing to provide Plaintiff with a safe place to work;

2) In failing to provide Plaintiff with adequate training for the task in which she was engaged at the time of her injury;

3) In failing to provide Plaintiff with adequate equipment to perform the task in which she was engaged at the time of her injury;

4) In failing to provide adequate training to new employees;

5) In failing to provide adequate assistance to Plaintiff for the task in which she was engaged at the time of her injury;

6) In failing to take proper measures to prevent the injuries sustained by Plaintiff when the Defendant knew or should have known that Plaintiff was not adequately trained or experienced in handling mooring lines; and

7) In failing to warn Plaintiff about the danger involved in handling heavy mooring lines in the circumstances.

## V.

The aforesaid occurrence and consequent injury and disability to Plaintiff was proximately caused or contributed to by the unseaworthy condition of the Cruise Vessel *Casino Padre*, in the following respects:

1)  Said vessel was not properly manned with trained personnel for the task of handling mooring lines for docking vessels.

## VI.

As a proximate result of the aforesaid occurrence made the basis of this lawsuit, Plaintiff, **Deborah Rusheed**, suffered severe and disabling injuries to her back and thighs. Such injuries are, in reasonable probability, permanent in nature. In addition, Plaintiff has sustained the following damages:

1)  Reasonable hospital and medical expenses in the past, which expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the occurrence complained of herein;

2)  Reasonable and necessary medical expenses which will in all reasonable probability be incurred in the future;

3)  Physical pain and mental anguish in the past;

4)  Physical pain and mental anguish in the future;

5)  Disfigurement;

6)  Physical impairment in the past;

7)  Physical impairment which, in all reasonable probability, will be suffered in the future;

8)  Loss of wages in the past;

9) Loss of wage earning capacity which will in all probability be incurred in the future;

By reason of all of the foregoing, Plaintiff would show that she has been damaged in a total sum not less than two hundred fifty thousand ($250,000) dollars, for which amount she now comes and sues Defendant.

## VII.

The Plaintiff further alleges that the Defendant has unreasonably and arbitrarily failed and refused to pay Maintenance and Cure to her, including reasonable and necessary hospital charges and medical expenses, and Maintenance calculated at a proper and reasonable per diem rate and in such sums as were owed to her from the date of her injury to the date she reached maximum cure.

WHEREFORE, premises considered, Plaintiff prays that:

1) Process be issued and served upon said Defendants in the form and manner prescribed by law, requiring that the Defendants appear and answer herein;

2) The Defendant Vessel be seized *in rem*;

3) Plaintiff have judgment against said Defendants based upon the causes of action sued upon herein for her damages as claimed, including Maintenance and Cure, together with prejudgment and postjudgment interest thereon at the highest rate allowed by law and costs of court;

4) The Defendant Vessel be condemned and sold to pay any judgment rendered in favor of Plaintiff; and

5) That Plaintiff be granted all such other and further relief to which she may be justly entitled.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY.

Respectfully submitted,

*[signature]*

Jack G. Carinhas, Jr.
USDC No. 1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:     956/542-3651

ATTORNEY FOR PLAINTIFF

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

DEBORAH RUSHEED

V.

CASINO PADRE INVESTMENT
COMPANY, LLC and Cruise
Vessel CASINO PADRE

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-00-158**

TO: (Name and Address of Defendant)

Casino Padre Investment
Company, LLC
Fiesta Plaza
400 Padre Blvd.
South Padre Island, Texas 78597

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  10-10-00

ClibPDF - www.fastio.com