00-401-ANSWER

United States District Court
Southern District of Texas
FILED

NOV 0 8 2000

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| DEBORAH RUSHEED § | |
| § | CIVIL ACTION NO. B-00-158 |
| V. § | |
| § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE § | |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME CASINO PADRE INVESTMENT COMPANY, L.L.C. and CRUISE VESSEL CASINO PADRE, Defendants herein, and file this their ORIGINAL ANSWER in support of which they would show unto the Court as follows:

1. Defendants admit the allegations in Paragraphs I and II Of Plaintiff's Original Complaint.

2. With regard to the allegations in Paragraph III of Plaintiff's Original Complaint, Defendants admit that:

    (a) Plaintiff was an employee of Defendant Casino Padre Investment Company, L.L.C. on January 13, 2000;

    (b) Plaintiff was employed as a deckhand as a member of the crew of the Cruise Vessel *Casino Padre*;

    (c) the Cruise Vessel *Casino Padre* was in the process of being refueled at the time of the incident made the basis of Plaintiff's claim; and

    (d) a part of Plaintiff's responsibility on the occasion in question was to handle mooring lines.

DEFENDANTS' ORIGINAL ANSWER - Page 1

3. The remaining allegations in Paragraph III not specifically admitted in the foregoing paragraph and the allegations in Paragraphs IV, V, VI, and VII are expressly denied.

WHEREFORE, PREMISES CONSIDERED, Defendants pray:

A. That Plaintiff go hence without day as to her cause of action asserted herein; and

B. For such other and further relief to which Defendants may be justly entitled.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS

DEFENDANTS' ORIGINAL ANSWER - Page 2

## CERTIFICATE OF SERVICE

ON the 7th day of November, 2000, a copy of DEFENDANTS' ORIGINAL ANSWER was served on:

Jack G. Carinhas, Jr.  
Attorney at Law  
Suite 109  
302 Kings Highway  
Brownsville, Texas 78521

By Certified Mail, Return Receipt Requested No. 7000 1670 0005  2569 9375

_____  
William L. Hubbard  
Attorney at Law

DEFENDANT REQUESTS A TRIAL BY JURY.

DEFENDANTS' ORIGINAL ANSWER - Page 3