6

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH RUSHEED § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-158 |
| § | JURY REQUESTED |
| CASINO PADRE INVESTMENT § | |
| COMPANY, LLC and Cruise § | |
| Vessel *Casino Padre* § | |

PLAINTIFF DEBORAH RUSHEED'S
RULE 26 INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(a), Jack G. Carinhas, Jr., Attorney for Plaintiff Deborah Rusheed, hereby makes the following Initial Disclosures:

(1)(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1) Deborah Rusheed, 311 Bahia, Box 4211, Port Isabel, Texas 78578 (telephone 956/943-7396) has knowledge regarding liability, maintenance and cure and damage issues.

2) Jose Antonio Murillo, 311 Bahia, Box 4211, Port Isabel, Texas 78578 (telephone 956/943-7396) has knowledge regarding damage issues.

3) Victor Laragione, 907 Hallam #3, Laguna Vista, Texas 78578 (telephone 956/943-2411) may have knowledge regarding liability and damage issues.

4) Leonor Rodriguez (address and telephone number unknown at this time), may have knowledge regarding liability and damage issues.

5) Robin Taliancich, Brownsville, Texas, (address and telephone number unknown), A.B. Seaman of Vessel *Casino Padre*, may have knowledge regarding incident and liability issues.

6) Louie Lasney, Master of Vessel *Casino Padre* (address and telephone number unknown), may have knowledge regarding incident and liability issues.

7) Brandy Lasney, (address and telephone number unknown), employee of Defendant, has knowledge regarding report of incident by Plaintiff and information reported by Plaintiff.

8) Manuel _____ (last name, address and telephone number unknown), A.B. Seaman of Vessel *Casino Padre*, may have knowledge of incident and liability issues.

9) Casino Padre Investment Company, LLC, Defendant may have knowledge regarding liability and damage issues.

Any and all treating physicians and health-care providers including but not limited to the following:

6) Dr. R. Todd Brewer, B.S., D.C., Diagnostic Chiropractic Center of the Southwest, Inc., 3302 Boca Chica Blvd., Suite 202, Brownsville, Texas 78521 (telephone 956/544-0322)

7) Port Isabel Health Clinic, 202 Second Street, Port Isabel, Texas 78578 (telephone 956/943-1774)

Health-care providers listed above may have knowledge regarding maintenance and cure, damage issues and Plaintiff's past, present and future medical condition.

(1)(B) A copy, or a description by category and location of, all documents, data compilations, and tangible things relevant to disputed facts alleged with particularity in the pleadings:

Plaintiff Deborah Rusheed in accordance with Fed.R.Civ.P. 26(a), hereby discloses that the following categories of documents are available for inspection and review at the Law Office of Jack G. Carinhas, Jr., 302 Kings Highway, Suite 109, Brownsville, Texas 78521, and will be made available at a mutually convenient time:

1)  Medical records regarding diagnosis and treatment of Plaintiff's injuries;

2)  Medical invoices regarding treatment of Plaintiff's injuries;

(1)(C) A computation of any category of damages claimed:

1)  Medical expenses to date: $2,536.

2)  Future medical expenses presently unknown.

3)  Past loss of earnings from January 13, 2000 to present based on monthly income of $2,400 is approximately $24,480

4)  Future loss of earning capacity from age 45 to age 65 presently unknown.

5)  Maintenance calculated at rate of $20 per day for period January 13, 2000 to date of maximum cure: $6,000.

6)  Pain and suffering, past and future, estimated at $75,000.

(1)(D) A copy of any insurance agreement:

Plaintiff had no insurance and has requested from Defendant a copy of the insurance policy.

The undersigned attorney, as attorney of record for the Plaintiff, certifies that a true and correct copy of the attached document has been served upon opposing counsel by the method of service indicated below on this the 16th day of November, 2000.

PLAINTIFF DEBORAH RUSHEED'S RULE 26 INITIAL DISCLOSURES                           Page - 3

Respectfully submitted,

*[signature]*

Jack G. Carinhas, Jr.
USDC No. 1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: 956/542-9161
Telefax: 956/542-3651

ATTORNEY FOR PLAINTIFF

**VIA FACSIMILE TRANSMISSION
AND FIRST CLASS LETTER**
Mr. William L. Hubbard
Hodge, James & Hernandez, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550-6807
Telephone: 956/425-7400
Telefax: 956/425-7707