7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 1 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-158 |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, LLC and Cruise Vessel *Casino Padre* | § § § | |

## LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Deborah Rusheed** Plaintiff in the above-entitled and numbered cause, and respectfully files the following list of individuals or entities having a financial interest in this litigation:

1) Deborah Rusheed
   311 Bahia, Box 4211, Port Isabel, Texas 78578, Plaintiff

2) Casino Padre Investment Company, LLC, and
   Cruise Vessel *Casino Padre*, Fiesta Plaza, 400 Padre Blvd.,
   South Padre Island, Texas 78597, Defendant;

3) Jack G. Carinhas, Jr.
   Attorney and Counselor at Law
   302 Kings Highway, Suite 109, Brownsville, TX 78521;
   Plaintiff's attorney.

4) Mr. William L. Hubbard
   Hodge, James & Hernandez, L.L.P.
   134 East Van Buren Street, Suite 310, Harlingen, TX 78550-6807
   Defendant's attorney.

Respectfully submitted,

*[signature]*

Jack G. Carinhas, Jr.
Fed I.D. #1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:  956/542-9161
Fax:  956/542-3651

Attorney-in-charge for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. William L. Hubbard, Hodge, James & Hernandez, L.L.P., 134 East Van Buren Street, Suite 310, Harlingen, TX 78550-6807, by First Class letter, postage prepaid and properly addressed on this _16TH_ day of November, 2000.

*[signature]*

Jack G. Carinhas, Jr.