00-401-INTERESTED PARTIES

United States District Court
Southern District of Texas
FILED

DEC 04 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

## DEFENDANTS' LIST OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

The following parties have a financial interest in this litigation:

1.  Deborah Rusheed
    311 Bahia                    Box 4211
    Port Isabel, Texas 78578     Port Isabel, Texas 78578
    956-943-7396

    Plaintiff

2.  Casino Padre Investment Company, L.L.C.
    Suite 101
    5300 West Sahara
    Las Vegas, Nevada 89146

    1610 Barrancas Avenue
    Pensacola, Florida 32501
    850-516-2526

    One Padre Blvd.
    Port Isabel, Texas 78578

    Defendant

DEFENDANTS' LIST OF INTERESTED PARTIES - Page 1

3. Jack G. Carinhas, Jr.
   Attorney at Law
   Suite 109
   302 Kings Highway
   Brownsville, Texas 78521
   956-542-9161

   Plaintiff's Attorney

        Respectfully submitted,

        HODGE, JAMES & HERNANDEZ, L.L.P.
        134 East Van Buren Street
        Third Floor, Suite 310
        Harlingen, Texas 78550-6807

        956-425-7400
        FAX - 956-425-7707

By: _____
        Anthony B. James
        State Bar No. 10537300
        Federal Id. No. 3785

        William L. Hubbard
        State Bar No. 10142000
        Federal Id. No. 1923

        Lisa M. Mount
        State Bar No. 06571040
        Federal Id. No. 15307

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

ON the 28th day of November, 2000, a copy of DEFENDANTS' LIST OF INTERESTED PARTIES was served on:

Jack G. Carinhas, Jr.
Attorney at Law
Suite 109
302 Kings Highway
Brownsville, Texas 78521

By Certified Mail, Return Receipt Requested No. 7000 3400 0018 1885 6025

_____
William L. Hubbard
Attorney at Law

DEFENDANTS' LIST OF INTERESTED PARTIES - Page 3