9

00-401-DISCLOSURE-RULE 26(a)

United States District Court
Southern District of Texas
FILED

DEC 26 2000

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 26(a), Federal Rules of Civil Procedure, Defendant makes the following disclosures:

1. **Names of persons having discoverable information - Rule 26(a)(1(A), Federal Rules of Civil Procedure**

(a) Deborah Rusheed
311 Bahia
Port Isabel, Texas 78578
956-943-7396

Box 4211
Port Isabel, Texas 78578

Plaintiff.

(b) Jose Antonio Murillo
311 Bahia
Port Isabel, Texas 78578
956-943-7396

Box 4211
Port Isabel, Texas 78578

Witness identified by Plaintiff as having knowledge of damage issues.

(c) Victor Laragione
#3
907 Hallam
Laguna Vista, Texas 78578
956-943-2411

Witness identified by Plaintiff as having knowledge of liability and damage issues.



ClibPDF - www.fastio.com

(d) Leonor Rodriguez
[Address and telephone number not provided by Plaintiff; unknown to Defendants]

Witness identified by Plaintiff as having knowledge of liability and damage issues.

(e) Robin Taliancich
Brownsville, Texas
[Address and telephone number not provided by Plaintiff; unknown to Defendants]

Witness identified by Plaintiff as having knowledge of the incident in question and liability issues.

(f) Louie P. Lasne

Witness identified by Plaintiff as being the master of the Vessel Casino Padre and possibly having knowledge of the incident in question and liability issues.

(g) Brandy Lasne

Witness identified by Plaintiff as an employee of Defendants possibly having knowledge of a report of the incident in question by Plaintiff and information provided by Plaintiff.

(h) Manuel G. Vera

Witness identified by Plaintiff as having knowledge of the incident in question and liability issues.

(i) Todd Brewer, D.C.
Diagnostic Chiropractic Center of the Southwest, Inc.
3302 Boca Chica Blvd.
Brownsville, Texas 78521
956-544-0322

Chiropractor identified by Plaintiff as having provided chiropractic services to Plaintiff.

(j) Records Custodian
Diagnostic Chiropractic Center of the Southwest, Inc.
3302 Boca Chica Blvd.
Brownsville, Texas 78521
956-544-0322

Records Custodian.



ClibPDF - www.fastio.com

(k) Records Custodian
Port Isabel Health Clinic
202 Second Street
Port Isabel, Texas 78578
956-943-1774

Records Custodian.

(l) Charles S. Liberis
Casino Padre Investment Company, L.L.C.
Suite 101
5300 West Sahara
Las Vegas, Nevada 89146

1610 Barrancas Avenue
Pensacola, Florida 32501
850-516-2526
850-438-9647
FAX - 850-433-5409

One Padre Blvd.
Port Isabel, Texas 78578

Mr. Liberis is the manager of Casino Padre Investment Company, L.L.C.

(m) Records Custodian
Casino Padre Investment Company, L.L.C.
Suite 101
5300 West Sahara
Las Vegas, Nevada 89146

1610 Barrancas Avenue
Pensacola, Florida 32501
850-516-2526
850-438-9647
FAX - 850-433-5409

One Padre Blvd.
Port Isabel, Texas 78578

Records Custodian.



ClibPDF - www.fastio.com

(n) Wayne Marks
Casino Padre Investment Company, L.L.C.
1610 Barrancas Avenue
Pensacola, Florida 32501
850-516-2526
850-438-9647
FAX - 850-433-5409

One Padre Blvd.
Port Isabel, Texas 78578

Mr. Marks is a representative of Casino Padre Investment Company, L.L.C.

(o) Guillermo Villagomez
Apt. 100-D
3005 Old Alice Road
Brownsville, Texas 78521
956-541-8094

Crewmember who worked with Plaintiff.

(p) Reynaldo G. Garza III
Attorney at Law
Suite 110
680 East St. Charles
Brownsville, Texas 78520
956-574-7502
FAX - 956-574-9506

(q) Aldo A. Sevilla
[Address and telephone number presently unknown]

Crewmember who worked with Plaintiff.

**2. Documents Relevant to Disputed Facts, Rule 26(a)(1)(B), <u>Federal Rules of Civil Procedure</u>**

None at this time other than medical records.

**3. Computation of Damages, Rule 26(a)(1)(C), <u>Federal Rules of Civil Procedure</u>**

Defendants are not seeking damages in this proceeding.



ClibPDF - www.fastio.com

**4. Insurance Agreement, Rule 26(a)(1)(C), Federal Rules of Civil Procedure**

Insurance Carrier: Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, Arizona 85258
602-948-0505

Coverage: $1,000,000.00 per occurrence

Policy Effective Dates: November 13, 1999 to April 11, 2000

Policy Number: OPOOO00009

A copy of this policy has been requested and will be provided when received.

**5. Expert Testimony, Rule 26(a)(2)(A), Federal Rules of Civil Procedure**

Defendants have not yet determined that they will call an expert witness to testify in this proceeding. However, they reserve the right to elicit opinions from any of Plaintiff's health care providers including but not limited to:

Todd Brewer, D.C.
Diagnostic Chiropractic Center of the Southwest, Inc.
3302 Boca Chica Blvd.
Brownsville, Texas 78521
956-544-0322

**6. Written Reports from Retained Experts, Rule 26(a)(2)(B), Federal Rules of Civil Procedure**

Defendants have not retained an expert to testify in this proceeding.

**7. Experts to Contradict or Rebut Plaintiff's Experts, Rule 26(a)(2)(C), Federal Rules of Civil Procedure**

Defendants have not determined that it will be necessary to offer any rebuttal or contradictory expert testimony.



ClibPDF - www.fastio.com

**8. Names of Witnesses, Rule 26(a)(3)(A), <u>Federal Rules of Civil Procedure</u>**

**(a) Witnesses that Defendants expect to present:**

(1) Victor Laragione
#3
907 Hallam
Laguna Vista, Texas 78578
956-943-2411

(2) Leonor Rodriguez
[Address and telephone number not provided by Plaintiff; unknown to Defendants]

(3) Louis P. Lasne
[Address and telephone number presently unknown]

(4) Manuel G. Vera
[Address and telephone number not provided by Plaintiff; unknown to Defendants]

(5) Guillermo Villagomez
Apt. 100-D
3005 Old Alice Road
Brownsville, Texas 78521
956-541-8094

**(b) Witnesses that Defendants may call if the need arises:**

(1) Robin Taliancich
Brownsville, Texas
[Address and telephone number not provided by Plaintiff; unknown to Defendants]



ClibPDF - www.fastio.com

**9. Witnesses Expected to be Presented by Deposition, Rule 26(a)(3)(B), Federal Rules of Civil Procedure**

No depositions have been taken in this proceeding at this time. Defendants anticipate that testimony from the following records custodians will be presented by deposition on written questions:

(a) Records Custodian
Diagnostic Chiropractic Center of the Southwest, Inc.
3302 Boca Chica Blvd.
Brownsville, Texas 78521
956-544-0322

(b) Records Custodian
Port Isabel Health Clinic
202 Second Street
Port Isabel, Texas 78578
956-943-1774

**10. Identification of Documents and Exhibits, Rule 26(a)(3)(C), Federal Rules of Civil Procedure**

**(a) Documents or exhibits Defendants expect to offer**

Defendants have not determined at this time that there will be any documents or exhibits offered at the time of trial.

**(b) Documents of exhibits Defendants may offer if the need arises**

Defendants have not determined that there will be any documents or exhibits that may be offered as evidence if the need arises.



ClibPDF - www.fastio.com

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: ______________________
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS



ClibPDF - www.fastio.com

**CERTIFICATE OF SERVICE**

ON the 21st day of ~~November~~ December, 2000, a copy of DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES was served on:

Jack G. Carinhas, Jr.
Attorney at Law
Suite 109
302 Kings Highway
Brownsville, Texas 78521

By Certified Mail, Return Receipt Requested No. 7099 3400 0018 1885 5936

William L. Hubbard
Attorney at Law



ClibPDF - www.fastio.com