00-401-DISC-AGREEMENT

/0

United States District Court
Southern District of Texas
FILED

DEC 2 6 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

## DISCOVERY AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DEBORAH RUSHEED, Plaintiff, and CASINO PADRE INVESTMENT COMPANY, L.L.C. and CRUISE VESSEL CASINO PADRE, Defendants, and file this their DISCOVERY AGREEMENT:

1. Pursuant to Rule 26(d), Federal Rules of Civil Procedure, the parties agree that Defendants may serve a notice of deposition by written questions on the following medical care providers prior the meeting required by Rule 26(f), Federal Rules of Civil Procedure:

(a) Records Custodian
Diagnostic Chiropractic Center of the Southwest, Inc.
3302 Boca Chica Blvd.
Brownsville, Texas 78521
956-544-0322

(b) Records Custodian
Port Isabel Health Clinic
202 Second Street
Port Isabel, Texas 78578
956-943-1774

DISCOVERY AGREEMENT - Page 1

Respectfully submitted,

LAW OFFICE OF JACK G. CARINHAS, JR.
Suite 109
302 Kings Highway
Brownsville, Texas 78521

956-542-9161
FAX - 956-542-3651

By: _____
Jack G. Carinhas, Jr.
State Bar No. 03795000
Federal Id. # 1179

ATTORNEY FOR PLAINTIFF

**DISCOVERY AGREEMENT - Page 2**

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Suite 310, Third Floor
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS

DISCOVERY AGREEMENT - Page 3