*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 14 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rusheed, | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. B-00-158 |
| Casino Padre Investment Co., LLC, et al | § | |
| Defendants | § | |

## ORDER

BE IT REMEMBERED, that on February 13, 2001, the Court **ORDERED** the Parties to file a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules by February 16, 2001 at 4:00 p.m.

DONE at Brownsville, Texas, this 13 day of February 2001.

_____
Hilda G. Tagle
United States District Judge