12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

DEBORAH RUSHEED                         *

   VS                                   *   C.A. NO. B-00-158

CASINO PADRE INVESTMENT                 *
COMPANY, ET AL

## O R D E R

The above-captioned and numbered cause of action has been referred to this Court for pretrial management. Therefore, the initial pretrial conference scheduled for February 26, 2001, at 2:15 p.m., will be held before this Court.

DONE at Brownsville, Texas, this 14th day of February 2001.

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701