00-401-DISC-JOINT PLAN

*13*

United States District Court
Southern District of Texas
FILED

FEB 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
Under Rule 26(f)
Federal Rules of Civil Procedure

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DEBORAH RUSHEED, Plaintiff, and CASINO PADRE INVESTMENT COMPANY, L.L.C. and CRUISE VESSEL CASINO PADRE, Defendants, and file this their JOINT DISCOVERY/CASE MANAGEMENT PLAN:

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

A meeting was held by telephone on February 14, 2001, between the attorneys in charge - Jack G. Carinhas, Jr. representing the Plaintiff and William L. Hubbard representing the Defendants.

2. List the cases related to this one that are pending in any state or federal court with the case number and Court.

None.

3. Specify the allegation of federal jurisdiction.

This case has been brought pursuant to 46 U.S.C. § 688, the "Jones Act," and the general maritime law of the United States of America.

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 1

4.     Name the parties who disagree and the reasons.

None.

5.     List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

None.

6.     List anticipated interventions.

None.

7.     Describe class-action issues.

None.

8.     State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Plaintiff -     Yes.

Defendants -    Yes.

9.     Describe the proposed agreed discovery plan, including:

   A.     Responses to all the matters raised in Rule 26(f).

   Plaintiff - None (no response required).

   Defendants - None at present.

   B.     When and to whom the plaintiff anticipates it may send interrogatories.

   Plaintiff has sent interrogatories to Defendants.

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 2

      C.    When and to whom the defendant anticipates it may send interrogatories.

1. Plaintiff

2. Records Custodian (by deposition on written questions)
   Diagnostic Chiropractic Center f the Southwest, Inc.

3. Records Custodian (by deposition on written questions)
   Port Isabel Health Clinic

      D.    Of whom and by when the plaintiff anticipates taking oral depositions.

By August 31, 2001, Plaintiff anticipates taking oral depositions of all available witnesses listed in Plaintiff's 26(f) Initial Disclosure including Defendants' representative. See listing of witnesses attached marked Exhibit "A".

      E.    Of whom and by when the defendant anticipates taking oral depositions.

1. Plaintiff - Defendants would like to take this deposition no later than March 31, 2001.

2. Todd Brewer, D.C. - Plaintiff's treating chiropractor; Defendants would like to take this no later than March 31, 2001.

3. Other witnesses - Defendants anticipate taking all other depositions by August 31, 2001.

      F.    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive expensive experts and provide their reports.

Plaintiff -   Plaintiff will designate a medical expert and Plaintiff's treating chiropractor, Todd Brewer, D.C.

Defendants -   Defendants will need 30 to 45 days after the completion of the depositions of Plaintiff and Todd Brewer, D.C. to determine and designate experts and provide reports.

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 3

      G.      **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. (See Rule 26(a)(2)(B) (expert report).**

Plaintiff -   Plaintiff will depose her medical experts by August 31, 2001.

Defendants - Defendants will depose, or make available for deposition, their medical experts by October 31, 2001.

      H.      **List expert depositions the opposing party anticipates taking and their anticipated completion date. (See Rule 26(a)(2)(B) (expert report).**

Plaintiff -   No expert depositions anticipated.

Defendants -  Todd Brewer, D.C. Defendants would like to take this deposition in February 2001.

10.  **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

No disagreement.

11.  **Specify the discovery beyond initial disclosures that has been undertaken to date.**
Plaintiff - Pursuant to Discovery Agreement, on November 16, 2000, Plaintiff served Defendants with Interrogatories and Request for Production of Documents to which Defendants have not yet responded.
Defendants - Defendants have acquired medical records by depositions on written questions.

12.  **State the date the planned discovery can reasonably be completed.**

Plaintiff -   August 31, 2001

Defendants -  October 31, 2001

13.  **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

The parties believe there is a reasonable possibility of settlement.

JOINT DISCOVERY/CASE MANAGEMENT PLAN - **Page 4**

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

Plaintiff -    Plaintiff has submitted a settlement offer to Defendants.

Defendants -  Defendants will agree to a mediation of this case when discovery is complete.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.**

Plaintiff -    Plaintiff will agree to mediation if Defendants will agree to pay the cost of same.

Defendants -  Mediation.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

Plaintiff -    Plaintiff will consent for this matter to be heard by a Magistrate Judge.

Defendants -  Defendants will consent for this matter to be heard by a Magistrate Judge.

17. **State whether a jury demand has been made and if it was made on time.**

Plaintiff -    Timely demand was made for a jury trial.

Defendants -  Timely demand was made for a jury trial.

18. **Specify the number of hours it will take to present the evidence in this case.**

Plaintiff -    Approximately eight hours.

Defendants -  Approximately eight hours.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

Plaintiff -    None.

Defendants -  Motion in Limine.

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 5

**20.    List other motions pending.**

Plaintiff -     None at this time.

Defendants -    None at this time.

**21.    Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

Plaintiff -     Plaintiff is not aware of any such matters at this time.

Defendants -    Defendants are not aware of any such matters at this time.

**22.    List the names, bar numbers, addresses, and telephone numbers of all counsel.**

Please refer to the signature blocks below.

Respectfully submitted,

LAW OFFICE OF JACK G. CARINHAS, JR.
Suite 109
302 Kings Highway
Brownsville, Texas 78521

956-542-9161
FAX - 956-542-3651

By: _/s/ Jack G. Carinhas, Jr._
    Jack G. Carinhas, Jr.
    State Bar No. 03795000
    Federal Id. # 1179

ATTORNEY FOR PLAINTIFF

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 6

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Suite 310, Third Floor
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS

JOINT DISCOVERY/CASE MANAGEMENT PLAN - Page 7

## EXHIBIT "A"

### LISTING OF WITNESSES
### WHOSE ORAL DEPOSITIONS MAY BE TAKEN
### BY PLAINTIFF BY AUGUST 31, 2001

1) Victor Laragione
   907 Hallam
   Laguna Vista, Texas 78578
   956/943-2411
   Witness having knowledge of liability and damage issues.

2) Leonor Rodriguez
   Port Isabel, Texas
   (address and telephone number not presently known)
   Co-worker of Plaintiff having knowledge of Plaintiff's accident and liability issues.

3) Robin Taliancich
   Brownsville, Texas
   (address and telephone number not presently known)
   Witness having knowledge of Plaintiff's accident and liability issues.

4) Louie P. Lasney
   (address and telephone number presently unknown)
   Master of Vessel Casino Padre who may have knowledge of the incident in question and liability issues.

5) Brandy Lasney
   (address and telephone number presently unknown)
   Defendant's employee having knowledge of Plaintiff's report of accident in question.

6) Manuel G. Vera
   (address and telephone number presently unknown)
   Co-worker of Plaintiff who may have knowledge of the liability issues

ClibPDF - www.fastio.com

7) Guillermo Villagomez
Apt 100-D
3005 Old Alice Road
Brownsville, Texas 78521
Telephone:  956/541-8095
Co-worker of Plaintiff and who may have knowledge of Plaintiff's accident and liability issues.

8) Aldo D. Sevilla
(address and telephone presently unknown)
Co-worker of Plaintiff who may have knowledge of Plaintiff's accident and liability issues.

9) Charles Libiris, Defendant's principal
1610 Barrancas Ave.
Pensicola, FL 32501
Telephone:  850/4382526 or 850/438-9647
Manager of Casino Padre Investment, LLC who may knowledge of liability issues.

10) Wayne Marks
1610 Barrancas Ave.
Pensicola, FL 32501
Telephone:  850/438-2526
and
One Padre Blvd.
Port Isabel, Texas 78578
Representative of Casino Padre Investment, LLC, who may have knowledge of Plaintiff's report of accident and liability issues.