14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| Rusheed, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-158 |
| Casino Padre Investment Co., LLC, et al., | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on February 21, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. The Parties are **ORDERED** to appear at the initial pretrial conference set for February 26, 2001 at 2:15 p.m. in Judge Recio's courtroom. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions. If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 21st day of February 2001.

Hilda G. Tagle
United States District Judge