# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:     Jessica R Dart

Date:          Feb 26, 2001, 2:15 pm

**United States District Court
Southern District of Texas
FILED
FEB 26 2001
Michael N. Milby
Clerk of Court**

---

## C.A. NO. B00-158 (HGT)

---

| | | |
|---|---|---|
| DEBORAH RUSHEED | * | Jack G Carinhas, Jr. |
| VS | | |
| CASINO PADRE INVESTMENT CO., L.L.C. | * | Anthony B James |
| And CRUISE VESSEL CASINO PADRE | * | " |

---

## INITIAL PRETRIAL CONFERENCE

Attorneys Carinhas and James appeared.

The parties agreed to the docket dates and submitted a 636(c) consent.