16

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| VS | § | CIVIL ACTION NO. B-00-158 |
| CASINO PADRE INVESTMENT COMPANY, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
FEB 28 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk _D.H. Aldape_

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by:     <u>May 1, 2001</u>
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: <u>August 30, 2001</u>

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.     <u>September 30, 2001</u>

5. Discovery must be completed by:     <u>October 31, 2001</u>
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:     <u>November 10, 2001</u>

*********************************************************************

7. Joint pretrial order is due:     <u>November 20, 2001</u>
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:     <u>December 6, 2001</u>
   *The case will remain on standby until tried.*

9. The jury selection shall be set at the final pretrial conference.

Signed **February 26, 2001**, at Brownsville, Texas.

                         Felix Recio
                         United States Magistrate Judge