17

=======================================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
=======================================================================

DEBORAH RUSHEED                          §
                                         §
versus                                   §   CIVIL ACTION NO. B-00-158
                                         §
CASINO PADRE INVESTMENT CO.,L.L.C.       §
And CRUISE VESSEL CASINO PADRE

United States District Court
Southern District of Texas
ENTERED

FEB 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _O.H. Cude_

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | [signature] | 2/26/01 |
| [signature] | [signature] | 2/26/01 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

2/26/01
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.