00-401-DISCLOSURE-RULE 26(a)



*18*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | JURY REQUESTED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 26(a), Federal Rules of Civil Procedure, Defendant makes the following disclosures:

1. **Names of persons having discoverable information - Rule 26(a)(1(A), Federal Rules of Civil Procedure**

Please refer to Exhibit E attached hereto.

2. **Documents Relevant to Disputed Facts, Rule 26(a)(1)(B), Federal Rules of Civil Procedure**

None at this time other than medical records.

3. **Computation of Damages, Rule 26(a)(1)(C), Federal Rules of Civil Procedure**

Defendants are not seeking damages in this proceeding.

DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 1

4. **Insurance Agreement, Rule 26(a)(1)(C),**
   **Federal Rules of Civil Procedure**

| | |
|---|---|
| Insurance Carrier: | Scottsdale Insurance Company |
| | 8877 North Gainey Center Drive |
| | Scottsdale, Arizona 85258 |
| | 602-948-0505 |
| Coverage: | $1,000,000.00 per occurrence |
| Policy Effective Dates: | November 13, 1999 to April 11, 2000 |
| Policy Number: | OPOOO00009 |

A copy of this policy has been requested and will be provided when received.

5. **Expert Testimony, Rule 26(a)(2)(A),**
   **Federal Rules of Civil Procedure**

Defendants have not yet determined that they will call an expert witness to testify in this proceeding. However, they reserve the right to elicit opinions from any of Plaintiff's health care providers including but not limited to:

   Todd Brewer, D.C.
   Diagnostic Chiropractic Center of the Southwest, Inc.
   3302 Boca Chica Blvd.
   Brownsville, Texas 78521
   956-544-0322

   Dr. Leslie _____
   Port Isabel Health Clinic
   202 Second Street
   Port Isabel, Texas 78578
   956-943-1774

6. **Written Reports from Retained Experts, Rule 26(a)(2)(B),**
   **Federal Rules of Civil Procedure**

Defendants have not retained an expert to testify in this proceeding.

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 2**

7.  **Experts to Contradict or Rebut Plaintiff's Experts, Rule 26(a)(2)(C), Federal Rules of Civil Procedure**

Defendants have not determined that it will be necessary to offer any rebuttal or contradictory expert testimony.

8.  **Names of Witnesses, Rule 26(a)(3)(A), Federal Rules of Civil Procedure**

    (a) Witnesses that Defendants expect to present:

    (1) Victor Laragione

    (2) Leonor Rodriguez

    (3) Louis P. Lasne

    (4) Manuel G. Vera

    (5) Guillermo Villagomez

Please refer to Exhibit E for last known addresses and telephone numbers.

    (b) Witnesses that Defendants may call if the need arises:

    (1) Robin Taliancich

Please refer to Exhibit E for last known address and telephone number.

9.  **Witnesses Expected to be Presented by Deposition, Rule 26(a)(3)(B), Federal Rules of Civil Procedure**

No depositions have been taken in this proceeding at this time. Defendants anticipate that testimony from the following records custodians will be presented by deposition on written questions:

    (a) Records Custodian
    Diagnostic Chiropractic Center of the Southwest, Inc.
    3302 Boca Chica Blvd.
    Brownsville, Texas 78521
    956-544-0322

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 3**

    **(b)**    **Records Custodian**
                  **Port Isabel Health Clinic**
                  **202 Second Street**
                  **Port Isabel, Texas 78578**
                  **956-943-1774**

**10.**    **Identification of Documents and Exhibits, Rule 26(a)(3)(C), <u>Federal Rules of Civil Procedure</u>**

    **(a)**    **Documents or exhibits Defendants expect to offer**

Defendants have not determined at this time that there will be any documents or exhibits offered at the time of trial.

    **(b)**    **Documents of exhibits Defendants may offer if the need arises**

Defendants have not determined that there will be any documents or exhibits that may be offered as evidence if the need arises.

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 4**

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS

**DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 5**

## CERTIFICATE OF SERVICE

ON the 26th day of April, 2001, a copy of DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES was served on:

Jack G. Carinhas, Jr.  
Attorney at Law  
Suite 109  
302 Kings Highway  
Brownsville, Texas 78521

By Certified Mail, Return Receipt Requested No. 7000 1530 0000 6159 3420

_____  
William L. Hubbard  
Attorney at Law

DEFENDANTS' FIRST AMENDED RULE 26(a) DISCLOSURES - Page 6

00-401-DISC-WITNESSES

# EXHIBIT E
# PERSONS HAVING RELEVANT KNOWLEDGE

1.  Louis Lasne
    #159
    1861 North Federal Highway
    Hollywood, Florida 33020

    *Crew Member on January 13, 2000*

2.  Victor Laragione
    #3
    907 Hallam
    LagunaVista, Texas 78578

    *Crew Member on January 13, 2000*

3.  Manuel Vera
    4710 Boca Chica Blvd.
    Brownsville, Texas 78521

    *Crew Member on January 13, 2000*

4.  Pedro Cerna
    2613 Hawk Ave.
    McAllen, Texas 78504

    *Crew Member on January 13, 2000*

5.  Thomas Vasbinder
    P.O. Box 573
    Weslaco, Texas 78599

    *Crew Member on January 13, 2000*

6.  Guillermo Villagomez
    3005 Old Alice Road
    Brownsville, Texas 78521

    *Crew Member on January 13, 2000*

EXHIBIT E - PERSONS HAVING RELEVANT KNOWLEDGE - Page 1

7.    Robin Taliancinch
   43 Alan-A-Dale
   Brownsville, Texas 78520

   *Crew Member on January 13, 2000*

8.    Aldo Sevilla
   504 South 28th Street
   McAllen, Texas 78501

   *Crew Member on January 13, 2000*

9.    Deborah Rusheed
   311 Bahia               Box 4211
   Port Isabel, Texas 78578    Port Isabel, Texas 78578
   956-943-7396

   *Plaintiff*

10.   T.M. Bailey
    P.O. Box 836
    Port Isabel, Texas 78578
    956-943-1513

    *Crew Member on January 13, 2000*

11.   R. _____

    *Crew Member on January 13, 2000*

12.   Deborah Eckenfuls
    Apt. 6
    107 East Aries
    South Padre Island, Texas 78597
    956-761-6104

    *Crew Member on January 13, 2000*

13.   S. Eckenfuls
    127 E. Dolphin
    South Padre Island, Texas 78597
    956-761-6104

    *Crew Member on January 13, 2000*

EXHIBIT E - PERSONS HAVING RELEVANT KNOWLEDGE - Page 2

ClibPDF - www.fastio.com

14. David Calivet
    3701 Quare Road
    Ocean Springs, Mississippi 39564
    961-6150

    *Crew Member on January 13, 2000*

15. Ed Koniski
    129 Oleander
    South Padre Island, Texas 78597
    956-761-3142

    *Crew Member on January 13, 2000*

16. I. Espiritusanto

    *Crew Member on January 13, 2000*

17. Jason Davis
    108 Red Snapper
    South Padre Island, Texas 78597
    956-761-1809

    *Crew Member on January 13, 2000*

18. John Scharff
    Apt. 1312
    3001 W. Warm Springs
    Henderson, Nevada 89014
    531-4133

    *Crew Member on January 13, 2000*

19. Melissa Koniski
    129 Oleander
    South Padre Island, Texas 78597
    956-761-3142

    *Crew Member on January 13, 2000*

20. V. _____

    *Crew Member on January 13, 2000*

EXHIBIT E - PERSONS HAVING RELEVANT KNOWLEDGE - Page 3

21. Jose Antonio Murillo
    311 Bahia                          Box 4211
    Port Isabel, Texas 78578           Port Isabel, Texas 78578
    956-943-7396

    *Plaintiff's Husband*

22. Brandy Lasne
    #159
    1861 North Federal Highway
    Hollywood, Florida 33020

    *Crew Member*

23  Todd Brewer, D.C.
    Diagnostic Chiropractic Center of the Southwest, Inc.
    3302 Boca Chica Blvd.
    Brownsville, Texas 78521
    956-544-0322

    *Chiropractor identified by Plaintiff as having provided chiropractic services to Plaintiff.*

24. Records Custodian
    Diagnostic Chiropractic Center of the Southwest, Inc.
    3302 Boca Chica Blvd.
    Brownsville, Texas 78521
    956-544-0322

    *Records Custodian.*

25  Records Custodian
    Port Isabel Health Clinic
    202 Second Street
    Port Isabel, Texas 78578
    956-943-1774

    *Records Custodian.*

EXHIBIT E - PERSONS HAVING RELEVANT KNOWLEDGE - Page 4

26. Charles S. Liberis
    Casino Padre Investment Company, L.L.C.
    1610 Barrancas Avenue
    Pensacola, Florida 32501
    850-438-9647
    FAX - 850-433-5409

    *Mr. Liberis is the manager of Casino Padre Investment Company, L.L.C.*

27. Records Custodian
    Casino Padre Investment Company, L.L.C.
    1610 Barrancas Avenue
    Pensacola, Florida 32501
    850-438-9647
    FAX - 850-433-5409

    *Records Custodian.*

28. Wayne Marks
    Casino Padre Investment Company, L.L.C.
    1610 Barrancas Avenue
    Pensacola, Florida 32501
    850-438-9647
    FAX - 850-433-5409

    *Mr. Marks is a representative of Casino Padre Investment Company, L.L.C.*

29. Reynaldo G. Garza III
    Attorney at Law
    Suite 110
    680 East St. Charles
    Brownsville, Texas 78520
    956-574-7502
    FAX - 956-574-9506

    *Plaintiff's former attorney*

30. Dr. Leslie _____
    Port Isabel Health Clinic
    202 Second Street
    Port Isabel, Texas 78578
    956-943-1774

    **Treating Physician**

EXHIBIT E - PERSONS HAVING RELEVANT KNOWLEDGE - Page 5

ClibPDF - www.fastio.com