00-401-STIPULATION-DISMISSAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DEBORAH RUSHEED | § | |
| | § | CIVIL ACTION NO. B-00-158 |
| V. | § | |
| | § | UNOPPOSED |
| CASINO PADRE INVESTMENT COMPANY, | § | |
| L.L.C. AND CRUISE VESSEL CASINO PADRE | § | |

## UNOPPOSED STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Deborah Rusheed, Plaintiff, and Casino Padre Investment Company, L.L.C., Defendants, and, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, file this their UNOPPOSED STIPULATION OF DISMISSAL in support of which they would stipulate to the Court as follows:

1. Plaintiff and Defendants agree to the dismissal;

2. This case is not a class action, and a receiver has not been appointed;

3. This case is not governed by any statute of the United States that requires an order of the Court for dismissal;

4. Plaintiff has not heretofore dismissed an action based on or including the same claim or claims as those presented in this suit; and

5. All causes of action that were or might have been asserted in this proceeding be DISMISSED WITH PREJUDICE.

UNOPPOSED STIPULATION OF DISMISSAL - Page 1

Respectfully submitted,

LAW OFFICE OF JACK G. CARINHAS, JR.
Suite 109
302 Kings Highway
Brownsville, Texas 78521

956-542-9161
FAX - 956-542-3651

By: _____
Jack G. Carinhas, Jr.
State Bar No. 03795000
Federal Id. # 1179

ATTORNEY FOR PLAINTIFF

UNOPPOSED STIPULATION OF DISMISSAL - Page 2

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Suite 310, Third Floor
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
Anthony B. James
State Bar No. 10537300
Federal Id. No. 3785

William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANTS