20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DEBORAH RUSHEED | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-158 |
| | * | |
| CASINO PADRE INVESTMENT | * | (636(c)) |
| COMPANY, LLC and CRUISE | * | |
| VESSEL *CASINO PADRE* | * | |

## O R D E R

On this the 18th day of July 2001, the Court considered the Unopposed Stipulation of Dismissal (Docket No. 19) filed by Plaintiff DEBORAH RUSHEED and Respondents CASINO PADRE INVESTMENT COMPANY, LLC and CRUISE VESSEL *CASINO PADRE*. After a careful review of the file, including all of the pleadings and documents filed therein, the Court is of the opinion that the Stipulation of Dismissal should be and is hereby NOTED.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the District Clerk close this cause of action.

DONE at Brownsville, Texas, on 18th day of July 2001.

Felix Recio
United States Magistrate Judge